PATRICK J. HENNESSEY, JR. (#047993)
2356 Moore Street, Suite 201
San Diego, CA 92110
(619)298-7802    (619)296-8229 fax
NAME

JOHNNY BACA
PRISON IDENTIFICATION/BOOKING NO.

T-77207
ADDRESS OR PLACE OF CONFINEMENT

CALIFORNIA STATE PRISON
CORCORAN, CA 93212

Note:    It is your responsibility to notify the Clerk of Court in writing of any
change of address. If represented by an attorney, provide his name,
address, telephone and facsimile numbers, and e-mail address.

FILED
Fee Paid

2008 MAY 16 PM 4:31

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____ CP

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOHNNY BACA

FULL NAME (Include name under which you were convicted)

Petitioner,

v.

DERRAL ADAMS

Warden CSP-Corcoran

NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:

CV  ED08-683 MMM (PJW)
To be supplied by the Clerk of the United States District Court

☐ _____ AMENDED

## PETITION FOR WRIT OF HABEAS CORPUS
## BY A PERSON IN STATE CUSTODY
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION  RIVERSIDE COUNTY
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT
(List by case number)
CV  _____
CV  _____

## INSTRUCTIONS - PLEASE READ CAREFULLY

1.    To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.

2.    In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.

3.    Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.

4.    Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.

5.    You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

6.    You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed in forma pauperis (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.

7.    When you have completed the form, send the original and two copies to the following address:
    Clerk of the United States District Court for the Central District of California
    United States Courthouse
    ATTN: Intake/Docket Section
    312 North Spring Street
    Los Angeles, California 90012

LODGED
CLERK, U.S. DISTRICT COURT

JAN 16 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C § 2254)

CV-69 (04/05)

**PLEASE COMPLETE THE FOLLOWING:** *(Check appropriate number)*

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

## PETITION

1. **Venue**

   a. Place of detention  California State Prison, Corcoran, CA

   b. Place of conviction and sentence  Riverside County Superior Court-Indio, CA

2. **Conviction on which the petition is based** *(a separate petition must be filed for each conviction being attacked)*.

   a. Nature of offenses involved *(include all counts)*:  2 Counts of First Degree murder with personal use of a firearm.

   b. Penal or other code section or sections:  Penal Code Section 187 (2 Counts); Penal Code Section 12022.5 x2 firearm use allegations

   c. Case number:  INF 035028

   d. Date of conviction:  November 18, 2002

   e. Date of sentence:  December 17, 2002

   f. Length of sentence on each count:  Count I 25-life + 10 years consecutive for firearm.  Count II 25-life + 10 years consecutive for firearm. Total 70 years -life.

   g. Plea *(check one)*:

      ☒ Not guilty

      ☐ Guilty

      ☐ Nolo contendere

   h. Kind of trial *(check one)*:

      ☒ Jury

      ☐ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction?   ☒ Yes ☐ No

   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:

   a. Case number:  E 032929

   b. Grounds raised *(list each)*:

      (1) Material misrepresentations during testimony by District Attorney and jailhouse informant about benefits to informant for his testimony against defendant.

(2) Improper admission of victim's statements as not spontaneous and violated
(3) Crawford.
(3)(4) Prosecutor misconduct in comments about defense not calling witness who they
(5) knew would take the Fifth as he was a suspect in the murders and would not
(6) appear or testify. Ineffective assistance of counsel for not objecting and
requesting mistrial. (4) Sentence must be reduced as defendant cannot receive
~~Date of decision~~ a greater sentence after retrial where reversed on appeal.
c.  Date of decision:   December 2, 2004
d.  Result  Affirmed conviction though Court of Appeal found District Attorney and
informant made false and misleading statements to jury regarding benefits and
trial counsel ineffective for not discovering informant's sentencing transcript.

4.  If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal

decision?  ☒ Yes  ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a.  Case number:  S 130496

b.  Grounds raised *(list each)*:

(1) The Deputy District Attorney and the informant misled the jury as to the
(2) benefits the informant received for his testimony.  Trial counsel was
(3) ineffective for not discovering the benefits given at his sentencing.
(4) Prosecutor misconduct.
(2)(5) Error in not excluding victim's identification of defendant as shooter
(6) under Crawford v. Washington.

c.  Date of decision:  July 11, 2007

d.  Result  Review denied – Petition dismissed without opinion.

5.  If you did not appeal:

a.  State your reasons

b.  Did you seek permission to file a late appeal?  ☐ Yes  ☐ No

6.  Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☐ Yes  ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the
rulings on the petitions if available)*:

a.   (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a)   _____

(b)   _____

(c)   _____

(d)   _____

(e)   _____

(f)   _____

(5) Date of decision: _____

(6) Result   _____

_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

b.   (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a)   _____

(b)   _____

(c)   _____

(d)   _____

(e)   _____

(f)   _____

(5) Date of decision: _____

(6) Result   _____

_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

c.   (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a)   _____

(b)   _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?      ☐ Yes   ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:**   *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a. Ground one: Denial of due process, right to effective assistance of counsel were denied by District Attorney's and informant's perjury in front of jury regarding informant's sentence-counsel's failure to discover perjury.

(1) Supporting FACTS: The jailhouse informant presented alleged admission of defendant as to his involvement. The Deputy District Attorney and informant lied to the jury about benefits he received for his testimony. Counsel was ineffective for not obtaining informant's sentencing transcript that showed he did receive benefits that District Attorney said under oath he did not get.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?      ☒ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?      ☒ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?      ☐ Yes   ☒ No

b. Ground two: The victim's pre death identification of defendant was admitted in violation of Crawford v. Washington (2004) 124 S.Ct.1354.

(1) Supporting FACTS: The victim allegedly made a statement before his death that defendant was the shooter. The statement was in response to police inquiry. After the victim's death, the statement was admitted and defendant had no opportunity to cross examine the victim.

(2) Did you raise this claim on direct appeal to the California Court of Appeal?      ☒ Yes   ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?      ☒ Yes   ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?     ☐ Yes     ☒ No

c.  Ground three: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?     ☐ Yes     ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes     ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?     ☐ Yes     ☐ No

d.  Ground four: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?     ☐ Yes     ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes     ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?     ☐ Yes     ☐ No

e.  Ground five: _____

_____

(1) Supporting FACTS: _____

_____

_____

_____

_____

(2) Did you raise this claim on direct appeal to the California Court of Appeal?     ☐ Yes     ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court?     ☐ Yes     ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court?     ☐ Yes     ☐ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: _____

_____

_____

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes   ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

_____

(7) Was an evidentiary hearing held?   ☐ Yes   ☐ No

b. (1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

(5) Date of decision: _____

(6) Result _____

(7) Was an evidentiary hearing held?        ☐ Yes   ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect
to this judgment of conviction?        ☐ Yes   ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: _____

(2) Case number: _____

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: _____

(4) Grounds raised *(list each)*:

(a) _____

(b) _____

(c) _____

(d) _____

(e) _____

(f) _____

11. Are you presently represented by counsel?        ☒ Yes   ☐ No

If so, provide name, address and telephone number: Patrick J. Hennessey, Jr.
2356 Moore Street, #201, San Diego, CA 92110
(619)298-7802    Fax (619)296-8229

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

_____
PATRICK J. HENNESSEY, JR.
*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.
I make this verification on behalf of Petitioner as he is not in the county
in which I reside and I am the attorney who is familiar with the facts set
forth in this Petition.

Executed on 4/28/08 _____    _____
                    *Date*                        *Signature of Petitioner* Attorney

CERTIFICATE SERVICE BY MAIL

I, the undersigned, declare that:  I am over the age of eighteen years and not a party to the action; I am employed in the County of San Diego, California, within which county the subject mailing occurred; my business address is 2356 Moore Street, Suite 201, San Diego, California; I am familiar with this firm's practice for collection and processing correspondence for mailing with the United States Postal Service pursuant to which practice all correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business. I served the following document(s):

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY (28 U.S.C. SECTION 2254)

by placing a copy thereof for each addressee named hereafter, addressed to each such addressee, in a separate envelope, postage prepaid, sealed and deposited at this firm's mailstation on _4/28/08_____ .

Johnny Baca T-77207
California State Prison
Corcoran, CA  93212

Department of Justice
Office of Attorney General
110 W. A St, Suite 1100
P.O. Box 85266
San Diego, CA 92186-526

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on _4/28/08_____ .

PATRICK J. HENNESSEY, JR.



**SHERRI R. CARTER**
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8  Los
Angeles, CA  90012
Tel: (213) 894-7984

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Friday, May 16, 2008

PATRICK J. HENNESSEY, JR. (#047993)/ ATTORNEY
FOR JOHNNY BACA
2356 MOORE STREET, SUITE 201
SAN DIEGO, CA 92110
(619) 298-7802  (619) 296-8229 FAX

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number
EDCV08- 683 MMM (PJW)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case
number            and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge _____

[X] Magistrate Judge _____**Patrick J. Walsh**_____

at the following address:

[X] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA  90012

[ ] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA  92701-4516
(714) 338-4750

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change.  If mail directed to your
address of record is returned undelivered by the Post Office, and if the Court and opposing counsel
are not notified in writing within fifteen (15) days thereafter of your current address, the Court may
dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

CPOWERS

By: _____
Deputy Clerk

CV-17 (01/01)              **LETTER re FILING H/C PETITION or 28/2255 MOTION**