1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10   JOHNNY BACA,                     )      CASE NO. ED CV 08-683-MMM (PJW)
                                      )
11                 Petitioner,        )
                                      )      J U D G M E N T
12            v.                      )
                                      )
13   DERRAL ADAMS, WARDEN,            )
                                      )
14                 Respondent.        )
     _____)

15

16        Pursuant to the Order Adopting Findings, Conclusions, and

17   Recommendations of United States Magistrate Judge,

18        IT IS ADJUDGED that the Petition is denied and this action is

19   dismissed with prejudice.

20

     DATED: June 18, 2013

21

22

23        _____

24        MARGARET M. MORROW
          UNITED STATES DISTRICT JUDGE

25

26

27

28   C:\Temp\notesE1EF34\ED08CV00683MMM-JUDGMENT.wpd