UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY BACA,<br><br>       Petitioner,<br><br>  v.<br><br>DERRAL ADAMS,<br><br>       Respondent. | Case No. ED CV 08-683-MMM (PJW)<br><br>J U D G M E N T<br><br>(FOLLOWING REMAND) |

   Pursuant to the January 30, 2015 Order of the Ninth Circuit Court of Appeals, the Petition for Writ of Habeas Corpus is conditionally granted.  Respondent shall release Petitioner from custody and discharge him from all adverse consequences of his conviction in Riverside County Superior Court Case No. INF 035028 unless Respondent determines within ninety (90) days of the date of this Judgment to re-try him.

DATED: February 3, 2015

*Margaret M. Morrow*
MARGARET M. MORROW
UNITED STATES DISTRICT JUDG